1  JACOB E. BROOKS
   Assistant Attorney General
2  1116 W. Riverside Avenue, Suite 100
   Spokane, Washington  99201-1194
3  (509) 456-3123

4

5                                          **THE HONORABLE**

6
                        **UNITED STATES DISTRICT COURT**
7                       **EASTERN DISTRICT OF WASHINGTON**

8  ERIKA HENRY and DANIEL              NO.
   HENRY, wife and husband, with
9  two minor children K.H. and B.H.,   DECLARATION OF JACOB
                                       BROOKS IN SUPPORT OF
10              Plaintiffs,            NOTICE OF REMOVAL

11                vs.

12 WASHINGTON DEPARTMENT
   OF HEALTH, their officers, agents,
13 or assigns; UMAIR A. SHAH,
   JESSICA TODOROVICH, ROY
14 CALICA, and JOHN DOES 1-10,

15              Defendants.

16     Jacob Brooks declares and states as follows:

17     1. I am the Washington State Assistant Attorney General for Defendants

18        Washington Department of Health, Umair A. Shah, Jessica Todorovich,

19        Roy Calica, and John Does 1-10, in the above entitled action, I am a

20        member in good standing of the Washington State Bar Association, and

21        admitted to practice before the United States District Court for the Eastern

22        District of Washington.

DECLARATION OF JACOB                    1
BROOKS IN SUPPORT OF
NOTICE OF REMOVAL

1    2. Plaintiffs Erika Henry, Daniel Henry, K.H. and B.H., filed the initial
2       complaint on February 8, 2022, in the Spokane County Superior Court of
3       the State of Washington (the "State Court Action") against Defendants
4       Washington Department of Health, Umair A. Shah, Jessica Todorovich,
5       Roy Calica, and John Does 1-10. The State Court Action was assigned
6       Cause No. 22-2-00401-32. The Summons and Complaint, were served on
7       the Attorney General's Office in Spokane, Washington on March 1, 2022.
8       Defendant Roy Calica was served on March 7, 2022.  Defendants Jessica
9       Todorovich and Umair Shah were served on March 9, 2022. *See* attachments
10      to Defendants' Notice of Removal.
11   3. I filed a Notice of Appearance on behalf of Defendants on March 4, 2022.
12      *See* attachments to Defendants' Notice of Removal.
13   4. I have obtained a copy of the Spokane County Superior Court file in Cause
14      No. 22-2-00401-32.   The entire contents of the file are attached to
15      Defendants' Notice of Removal.
16   5. My office has been diligently reaching out to the individually named
17      Defendants to obtain consent for the removal of this action to the United
18      States District Court for the Eastern District of Washington.  To date, through
19      the attorney of record, all the Defendants, aside from the unknown John Does
20      1-10, consent to removal of this action in compliance with 28 U.S.C.
21      1446(b)(2)(A), (C). *See* attachments to Defendants' Notice of Removal.
22

DECLARATION OF JACOB
BROOKS IN SUPPORT OF
NOTICE OF REMOVAL

2

1   I declare under the penalty of perjury under the laws of the United States

2   and the State of Washington that the foregoing is true and correct.

3   DATED this 15th day of March, 2022.

4   ROBERT W. FERGUSON
    Attorney General

5

6   _____ s/ Jacob Brooks _____
    JACOB E. BROOKS, WSBA No. 48720
7   Assistant Attorney General
    Attorneys for Defendants,
8   1116 W. Riverside Avenue, Suite 100
    Spokane, Washington  99201-1194
9   (509) 456-3123 – Telephone
    Jake.Brooks@atg.wa.gov
10

11

12

13

14

15

16

17

18

19

20

21

22

DECLARATION OF JACOB
BROOKS IN SUPPORT OF
NOTICE OF REMOVAL

3

**CERTIFICATE OF SERVICE**

I certify that I electronically filed this document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

JAMES R. SWEETSER
MARCUS SWEETSER
ISAIAH T. PETERSON
MARSHALL CASEY
SWEETSER LAW OFFICE, PLLC
1020 N WASHINGTON
SPOKANE, WA 99201

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 15th day of March, 2022, at Spokane, Washington.

ROBERT W. FERGUSON
Attorney General

s/ Jacob Brooks
JACOB E. BROOKS, WSBA No. 48720
Assistant Attorney General
Attorneys for Defendants,
1116 W. Riverside Avenue, Suite 100
Spokane, Washington  99201-1194
(509) 456-3123 – Telephone
Jake.Brooks@atg.wa.gov

DECLARATION OF JACOB
BROOKS IN SUPPORT OF
NOTICE OF REMOVAL

4