AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 29, 2024**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| ERIKA HENRY and DANIEL HENRY, wife and husband, K.H., a minor child, and B.H. a minor child, <br> *Plaintiffs* <br> v. <br> WASHINGTON STATE DEPARTMENT OF HEALTH, UMAIR A. SHAH, JESSICA TODOROVICH, ROY CALICA, and JOHN DOES 1-10, <br> *Defendants* | Civil Action No.  2:22-CV-00046-MKD |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Pursuant to the Court's Order at ECF No. 86, the Defendants' Motion for Summary Judgment, ECF No. 39, is GRANTED in part and DENIED in part; Plaintiffs' Partial Summary Judgment Motion on Preliminary Elements Under U.S. Constitution, ECF No. 46, is GRANTED in part and DENIED in part; Plaintiffs' Summary Judgment Motion on Wrongful Termination in Violation of the Washington Constitution, ECF No. 51, is DENIED as moot; and Plaintiffs' Motion to Certify Questions to Washington Supreme Court, ECF No. 48, is DENIED. Judgment is hereby entered in favor of all Defendants regarding Plaintiffs' state-law wrongful termination claims, and for Defendant Washington State Department of Health regarding Plaintiffs' 42 U.S.C. § 1983 claim and loss of consortium claim.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Mary K. Dimke.

Date:  March 29, 2024

CLERK OF COURT

SEAN F. McAVOY

s/ Cora Vargas
*(By) Deputy Clerk*

Cora Vargas